## Eugene E. LAZOTTE v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. March 7, 1927.

No. 4765.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Speed & Hanley and Thomas W. Payne, all of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of District Court affirmed.

## Chester LE MARE v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 13, 1927.

No. 4753.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Leonard S. Coyne, of Detroit, Mich., and John E. Kinnane, of Bay City, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of District Court affirmed.

## S. K. MEYER, L. B. Waterbury, H. C. Felver, T. V. Volk, and W. O. McComb v. John A. ELDEN and B. A. Brickley, Ancillary Receivers of G. F. Redmond & Co., Inc.

Circuit Court of Appeals, Sixth Circuit. January 13, 1927.

No. 4755.

Appeal from the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge.

James L. Lind, of Cleveland, Ohio, for appellants.

Malcolm B. Vilas, of Cleveland, Ohio, for appellees.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

## MICHIGAN CENTRAL RAILROAD COMPANY v. John A. EASTON.

Circuit Court of Appeals, Sixth Circuit. May 9, 1927.

No. 4897.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

J. Walter Dohany, of Detroit, Mich., for plaintiff in error.

Bresnahan & Groefsema, of Detroit, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

## William S. MORTON v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. January 4, 1927.

No. 4808.

In Error to the District Court of the United States for the Eastern District of Michigan; Benson W. Hough, Judge.

Paul V. Connolly, of Cincinnati, Ohio, for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

## William A. MURPHY, alias William A. McMullen, v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. March 18, 1927.

No. 4830.

In Error to the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

See, also, 19 F.(2d) 1020.

Howard H. Campbell and Carl Weideman, both of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of District Court affirmed.